O 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS
## SUMMONS IN A CIVIL CASE

LEE ANTOINE DAY

CASE NUMBER: 02C 4161

V.

ASSIGNED JUDGE: Judge Bucklo

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Geraldine Soat Brown

HUGH CONWELL, RICHARD CURLEY, and the City of Chicago

DOCKETED
AUG 2 8 2002

TO: (Name and address of Defendant)

HUGH CONWELL, Detective, Star number 20678

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HOWARD JOSEPH
5875 N. LINCOLN AVE. SUITE 149
CHICAGO, IL 60659

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_Jannette Nunez_
(By) DEPUTY CLERK

_July 3, 2002_
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 26, August 2 and 9, 2002 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Law Bulletin Publishing Co. | Publisher of Record |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service was by publication. See certificate of Publication of Law Bulletin Publishing Co.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| two (2) defendants | Publication: $140.00 | $140.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                  Date

Signature of Server: See Certificate of Publication
Law Bulletin Publishing Co.
415 North State Street

Address of Server
Chicago, Il 60610-4674
tel 312-644-7800

**FILED**
AUG 2 7 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


6-1

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

LEE ANTIONE DAY

ALIAS
SUMMONS IN A CIVIL CASE

CASE NUMBER: 02C 4161

V.

ASSIGNED JUDGE: Judge Bucklo

HUGH CONWELL, RICHARD CURLEY, and the City of Chicago

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Geraldine Soat Brown

TO: (Name and address of Defendant)

RICHARD CURLEY, DETECTIVE, Star No. 20680

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HOWARD JOSEPH
5875 N. LINCOLN AVE. SUITE 149
CHICAGO, IL 60659

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

DATE July 3, 2002

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 26, August 2 anf 9, 2002 |
| NAME OF SERVER *(PRINT)* <br> Law Bulletin Publishing Co. | TITLE <br> Publisher of Record |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service was by publication. See certificate of Publication of Law Bulletin Publishing Co.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| two (2) defendants | publication : $140.00 | $140.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___Date___ see certificate of publication.
Law Bulletin Publishing Co.
415 North State Street

*Signature of Server*

*Address of Server*
Chicago, Il 60610-4674
tel: 312-644-7800

**FILED**
AUG 2 7 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

